*April Forbes, P.C.*
*P.O. Box 865*
*Hudson, New York 12534*

April 21, 2025

The Honorable United States District Court Vernon D. Oliver
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

**Marchand vs. Experian – Index No.: 3:25-cv-00472 (VDO)**

Respectfully Honorable Judge Oliver:

    Please be advised that the parties have agreed to settle this action. The settlement is in the process of being finalized. A stipulation of voluntary dismissal will be filed with the Court once the settlement is finalized.

    Respectfully Submitted,

    April Forbes

cc:
Mark J. Kurzman, Esquire